# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: Lorraine Hardy Coleman**            **CASE NO.:15-10351-JDW**
                                                                              **CHAPTER 7**

## MOTION TO REOPEN CHAPTER 7 CASE

COME NOW the debtor(s), Lorraine Hardy Coleman, and files this Motion to Reopen Chapter 7 Petition filed in the above and numbered cause and in support of said Motion would state as follows, to-wit:

1. Debtor filed a petition on January 30, 2015, for relief under the Chapter 7 Bankruptcy Code. That Debtor(s) Chapter 7 Bankruptcy 341 Meeting of Creditors was scheduled for March 4, 2015.

2. That Debtor's Chapter 7 Bankruptcy case was discharged on May 7, 2015.

3. That Debtor requests that her Chapter 7 petition be reopened. The Social Security Administration has continued to collect on a discharged debt. They are currently withholding funds from the Debtor's disability claim and has refused to release the funds to collect on an discharged debt.

4. Debtor has been forced to file said Motion to Reopen to file a motion to release funds, motion to cite creditor for violation of the automatic stay and discharge injunction, motion to approve attorneys fee nunc pro tunc, as well as any other necessary motion or adversary proceeding.

5. A case trustee may need to be appointed.

WHEREFORE PREMISES CONSIDERED, Debtors prays that the Court would reopen their Chapter 7 petition to allow her to file a motion to release funds, motion to cite creditor for violation of the automatic stay and discharge injunction, motion to approve attorneys fee nunc pro tunc, as well as any other necessary motion or adversary proceeding and any other relief that may be proper.

Respectfully submitted,

Lorraine Hardy Coleman

BY: /s/ Douglas M. Engell
DOUGLAS M. ENGELL

DOUGLAS M. ENGELL
POST OFFICE BOX 309
MARION, MS 39342
(601) 693-6311
MSB# 10664
Email: dengell@dougengell.com

## CERTIFICATE OF SERVICE

On March 9, 2015, a copy of this notice and motion was served on each of the persons listed on the attached service list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

/S/ Douglas M. Engell
Douglas M. Engell

DOUGLAS M. ENGELL
POST OFFICE BOX 309
MARION, MS 39342
(601) 693-6311
MSB. # 10664
Email: dengell@dougengell.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 15-10351-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Wed Mar  9 14:33:24 CST 2016 | U.S. Bankruptcy Court<br>Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730-9569 | Bk Fst Macon<br>Pob 31<br>Macon, MS 39341-0031 |
| Citibank<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | GECRB/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Social Security Admin<br>155-10 Jamaica Ave<br>Jamaica, NY 11432 |
| Social Security Administration<br>Philadelphia SSA<br>PO Box 1127<br>Philadelphia, MS 39350-1127 | Social Security Administration<br>c/o U.S. Attorney<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | Syncb/belk<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | U.S. Attorney<br>Social Security Adm<br>501 Court Street<br>Suite 2.430<br>Jackson, MS 39201-5022 | Douglas M. Engell<br>P.O. Box 309<br>Marion, MS 39342-0309 |
| Lorraine Hardy Coleman<br>9550 Highway 490<br>Louisville, MS 39339-9192 | Selene D. Maddox<br>362 North Broadway Street<br>Tupelo, MS 38804-3926 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |