### IN THE UNITED STATES BANKRUPTCY COURT
### OR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Lorraine Hardy Coleman                               CASE NO. 15-10351-JDW
DEBTORS                                                                    CHAPTER 13

### APPLICATION FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF NECESSARY
### EXPENSES OF ATTORNEYS FOR SPECIAL PURPOSES NUNC PRO TUNC

Come now the Debtor, Lorraine Hardy Coleman, and their Attorney Doug Engell in the above styled matter, request this Court grant the Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorneys For Special Purposes Nunc Pro Tunc. As grounds therefore, Debtors states the following:

1.   Pursuant to the agreement entered into between the Debtor, Lorraine Coleman and Doug Engell, as well as this Courts May 5, 2016 Order Approving Application to Employ Attorney for Special Purpose said attorney was to perform services for a contingency fee of 25% or $3,978.37 (25% of $15,913.5) of the total amount awarded, plus expenses.

2.   Pursuant to the Contract, said attorneys are entitled to attorney fees and expenses as follows:

    Attorneys Doug Engell                                               $ 3,978.37
    Total Expense                                                            $     20.00
        Medical Records:              $ 20.00

3.   The total amount of attorneys fees being $3,978.37 and expenses in the total amount of $20.00 being a total of $3,998.37 to Doug Engell, attorneys, are to be paid from the bankruptcy estate as follows:


4.   That no prior applications have been filed on behalf of the applicant.

5. The Court has authority to allow this compensation and to pay the same authorized by 11 U.S.C. §330, after notice and hearing.

6. In accordance with the authorization of said attorney, as attorney for Debtor, said attorney has been called upon to provide extensive legal services to the Debtor.

7. That the attorneys are duly licensed and authorized, practicing in Mississippi.

8. The Trustee has reviewed the Instant application and approved same.

WHEREFORE, PREMISES CONSIDERED, applicants pray that after notice the Court will grant the applicant reimbursement of compensation in the amount of $5,407.82 to Attorney Doug Engell.

DATED this 9th day of June 2017.

Lorraine Hardy Coleman

  /s/ Douglas M. Engell
Douglas M. Engell
Attorney for Debtor


Douglas M. Engell
MSB# 10664
P.O. Box 309
Marion, MS 39342
Telephone: (601)693-6311

## CERTIFICATE OF SERVICE

On June9 , 2017, a copy of this notice and application was served on each of the persons listed on the attached service list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

DATED this 9th  day of June, 2017.

/s/Douglas M. Engell
DOUGLAS M. ENGELL

DOUGLAS M. ENGELL
POST OFFICE BOX 309
MARION, MS 39342
(601) 693-6311
MSB# 10664

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 15-10351-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Fri Jun  9 16:42:52 CDT 2017 | U.S. Bankruptcy Court<br>Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730-9569 | Bk Fst Macon<br>Pob 31<br>Macon, MS 39341-0031 |
| Citibank<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | GECRB/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Social Security Admin<br>155-10 Jamaica Ave<br>Jamaica, NY 11432 |
| Social Security Administration<br>Philadelphia SSA<br>PO Box 1127<br>Philadelphia, MS 39350-1127 | Social Security Administration<br>c/o U.S. Attorney<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | Syncb/belk<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | U.S. Attorney<br>Social Security Adm<br>501 Court Street<br>Suite 2.430<br>Jackson, MS 39201-5022 | Douglas M. Engell<br>P.O. Box 309<br>Marion, MS 39342-0309 |
| Lorraine Hardy Coleman<br>9550 Highway 490<br>Louisville, MS 39339-9192 | Selene D. Maddox<br>362 North Broadway Street<br>Tupelo, MS 38804-3926 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |