# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:       THE FOLLOWING CASES:

| Name | Case No. |
|---|---|
| ARCHER, PATRICIA | 14-14293 |
| BERRY, JOHN C. | 12-14060 |
| BROWN, GINGER J. | 08-15088 |
| BROWN, RICHARD | 14-12145 |
| BRYAN, DEBORAH F. | 18-11982 |
| BYROM, BARBARA JEAN | 11-15539 |
| CHURCHILL, RODNEY | 18-11409 |
| CLIMER, ROGER D | 17-10389 |
| COALBURN, ZACK | 18-10315 |
| COBB, WILLIAM R | 18-12256 |
| COBURN, MATTHEW | 16-12497 |
| CODY INVESTMENTS, INC., | 14-13664 |
| CODY, DAVID B. | 15-13506 |
| COLEMAN, LORRAINE HARDY | 15-10351 |
| COX, STEPHANIE | 15-11744 |
| CREPPEL, WILLIAM J. | 13-13537 |
| CSC PETROLEUM EQUIPMENT, INC. | 17-13263 |
| CUNNINGHAM, DEANDRIA | 16-10249 |
| DARBY, ROBERT EUGENE, SR. | 16-12017 |
| DENMAN, JOE C | 16-10187 |
| DUKE, BEVERLY JUNE | 18-11992 |
| DUNN, LARRY | 17-14184 |
| EDWARDS, CARL DAVID | 18-12251 |
| ESTES, JONATHAN T. | 16-12997 |
| EVERETTE, CONNIE | 09-13148 |
| FERGUSON, GEORGE | 17-10987 |
| FILL IT UP, LLC | 16-11448 |
| FITCH, JERRY S, SR. | 09-11105 |
| FLYNN, DONALD CHRISTOPHER | 16-10303 |
| FORCE, JO E. | 17-12978 |
| FORREST, JESSIE A. | 07-11226 |
| GADD, MARCUS B. | 09-13714 |
| GARCIA, JOHN | 13-10992 |
| GORDON, GEORGE THOMAS, JR. | 18-10476 |
| GROSS, SAMMY ROGERS | 16-10623 |
| HADAWAY, JERRY W. | 11-15534 |

| Name | Case Number |
|---|---|
| HANNA JR., CLYDE LEWIS | 09-12227 |
| HANNIGAN, SEAN T. | 16-14201 |
| HANNON, SCOTT C. | 13-13814 |
| HARRIS, RONALD CONRAD | 09-13316 |
| HAWKINS, AYANNA N. | 14-10341 |
| HERROD, VIRGINIA | 16-12363 |
| HOLMES, CHRISTOPHER JOSEPH | 16-12105 |
| HUFF, CURTIS LEE | 18-10833 |
| HUNT, CENIOR, II | 15-11048 |
| IRONS, ATASHA M. | 15-13334 |
| JACKSON, JOHN E. | 11-11061 |
| JOHNSON, JAMES A. | 17-13840 |
| JOHNSON, LARRY LEE | 16-10938 |
| JOLLEY, MELISSA J | 11-14290 |
| JONES, JIMMY JASE | 18-12186 |
| LAMPKIN, SHARON D | 14-14604 |
| LIGON, TERRY H | 14-11758 |
| MADISON PARK HOME FURNISHINGS, LLC | 13-13235 |
| MALONE, SCOTTIE L | 18-12025 |
| MANNING, LASHEIA TERRAINE | 17-11549 |
| MAYES, PATRICIA | 17-13044 |
| MCKNETT, MICHAEL S. | 15-13471 |
| MCNULTY, JOSEPH SYLVESTER, III | 17-02469 |
| MELTON, MONICA L. | 17-12328 |
| MOORE, DONNA MCGROOM | 12-10150 |
| MOORE, KENNY R | 13-13027 |
| MURFIK, MIKE ABDEL | 13-10120 |
| NEELY TRANSPORT, LLC | 07-14172 |
| NEWCOMB, ANGELA | 08-14842 |
| O'BRYANT, CARA E. | 16-13009 |
| PACE, RICHARD | 13-14017 |
| PERKINS, REBA | 18-12090 |
| PHARMNET, INC. | 17-13978 |
| PHILLIPS, JOHN R. | 16-12738 |
| POE, JAMES S | 08-13270 |
| PRICE, BRANDON D | 16-12344 |
| PRUITT, ELLEN O. | 11-15475 |
| R. L. FULTON, INC. D/B/A FULTON STE | 06-10767 |
| RICE, MARY | 02-16281 |

| Name | Case Number |
|---|---|
| ROBINSON, GRACITA | 17-12687 |
| ROGERS, HERBERT G, III | 11-15431 |
| SANTERRE, DIANE M | 17-12803 |
| SARTIN, HEATHER | 18-12128 |
| SEMISOUTH LABORATORIES, INC. | 13-12101 |
| SKELTON, ONITTA RAY | 16-13270 |
| SMITH, RAPHEAL YATES | 15-10138 |
| SNERLING, GWENDOLYN SAFFOLD | 15-13247 |
| SULLIVAN, CHRIS P. | 05-10853 |
| THERAPY ZONE, LLC | 16-12421 |
| TOWNSEND, TEVIN ARTAIUS | 16-14145 |
| TURNER, CEOLA | 17-13533 |
| TURNER, GLENDA SUE | 15-12587 |
| WHEELER, MICHAEL A. | 09-16311 |
| WHITEHEAD, BOBBY | 11-11991 |
| WHITEHEAD, GERRY LYNN | 16-11053 |
| WILLIAMS, LOYD DALE | 18-12203 |
| WILLIAMS, TONY FRANKLIN | 15-12546 |
| WILMETH, BRANDON GENE | 14-12330 |
| WOOLEVER PROPERTIES, LLC | 17-11631 |
| WREN, NOAH W | 17-11658 |
| ZACHERY, JEARL W | 18-11600 |

## REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE AND APPOINTMENT OF SUCCESSOR TRUSTEE

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. Section 703 and submits this resignation and request that a successor trustee be appointed.

SELENE D. MADDOX  MSB # 1815
CHAPTER 7 INTERIM TRUSTEE

Selene D. Maddox
Chapter 7 Trustee
362 North Broadway St.
Tupelo, MS 38804
(662) 841-0061

    Effective this date, I hereby accept the rejection/resignation of Selene D. Maddox having been previously appointed as interim trustee in the above styled cases. An interim successor trustee will be appointed by separate document.

Date: 10/22/2018

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts
Of Louisiana and Mississippi

By: _____
Ronald H. McAlpin (MSB #2182)
Assistant U.S. Trustee
501 E. Court Street, Suite 6-430
Jackson, MS 39201
(601) 965-5247
Email: ronald.mcalpin@usdoj.gov



# U.S. Department of Justice

Office of the United States Trustee
*Region 5, Districts of Louisiana & Mississippi*

---

*501 East Court Street, Suite 6-430*   *Phone 601-965-5241*
*Jackson, Mississippi 39201*           *Fax No: 601-965-5226*
                                       *www.justice.gov/ust/r05*

October 22, 2018

Jeffrey A. Levingston
Chapter 7 Trustee
P. O. Box 1327
Cleveland, MS 38732

    RE:    Appointment as Successor Interim Trustee

Dear Sir/Madam:

    In accordance with 11 U.S.C. §703 and pursuant to the authority vested in me by 28 U.S.C. §586, this letter will serve as evidence of your appointment as trustee in the cases listed on attached Exhibit 'A'.

    The trustee bond is fixed under the provisions of the general blanket bond in effect in this district.

    Unless creditors in accordance with the manner specified in 11 U.S.C. §703(a) of the Bankruptcy Code elect another trustee, you will serve as the trustee in this case.

    If you cannot accept this appointment, a rejection must be submitted to me on the form entitled "Resignation as Interim Trustee" within (5) days of the date of this letter. Failure to file a rejection will constitute acceptance of the appointment.

                             Sincerely,

                             David W. Asbach
                             Acting United States Trustee
                             Region 5, Districts of
                             Louisiana and Mississippi

                             BY: RONALD H. McALPIN
                                Assistant U.S. Trustee

**Exhibit A**

| Case Name | Case Number |
|---|---|
| Mary Rice | 02-16281 JDW |
| Chris & Rachel Sullivan | 05-10853 JDW |
| Jessie & Nancy Forrest | 07-11226 JDW |
| Neely Transport, LLC | 07-14172 JDW |
| James Poe | 08-13270 JDW |
| Ginger Brown | 08-15088 JDW |
| Clyde & Shirley Hanna, Jr. | 09-12227 JDW |
| Marcus Gadd | 09-13714 JDW |
| Bobby & Deborah Whitehead | 11-11991 JDW |
| Melissa Jolley | 11-14290 JDW |
| Herbert Rogers, III | 11-15431 JDW |
| Barbara Byrom | 11-15539 JDW |
| John Berry | 12-14060 JDW |
| Mike Murfik | 13-10120 JDW |
| Semisouth Laboratories, Inc. | 13-12101 JDW |
| Kenny Moore | 13-13027 JDW |
| Madison Park Home Furnishings, LLC | 13-13235 JDW |
| Richard & Mary Pace | 13-14017 JDW |
| Ayanna Hawkins | 14-10341 JDW |
| Cody Investments, Inc. | 14-13664 JDW |
| Patricia Archer | 14-14293 JDW |
| Lorraine Coleman | 15-10351 JDW |
| Stephanie Cox | 15-11744 JDW |
| Glenda Turner | 15-12587 JDW |
| David Cody | 15-13506 JDW |
| Donald & Lori Flynn | 16-10303 JDW |
| Larry & Katie Johnson | 16-10938 JDW |
| Gerry & Lynn Whitehead | 16-11053 JDW |
| Christopher & Stephanie Holmes | 16-12105 JDW |
| Therapy Zone, LLC | 16-12421 JDW |
| Matthew Coburn | 16-12497 JDW |
| John Phillips | 16-12738 JDW |
| Cara O'Bryant | 16-13009 JDW |
| Sean & Lindsey Hannigan | 16-14201 JDW |
| Joseph McNulty | 17-02469 NPO |
| Roger & Barbara Climer | 17-10389 JDW |
| George Ferguson | 17-10987 JDW |
| Woolever Properties, LLC | 17-11631 JDW |

**Exhibit A**

| Case Name | Case Number |
|---|---|
| Monica Melton | 17-12328 JDW |
| Gracia Robinson | 17-12687 JDW |
| CSC Petroleum Equipment, Inc. | 17-13263 JDW |
| Ceola Turner | 17-13533 JDW |
| James Johnson | 17-13840 JDW |
| Zack & Alex Coalburn | 18-10315 JDW |
| Rodney & Tonya Churchill | 18-11409 JDW |
| Deborah Bryan | 18-11982 JDW |
| Scottie Malone | 18-12025 JDW |
| Reba Perkins | 18-12090 JDW |
| Jimmy & Veronica Jones | 18-12186 JDW |
| William Cobb, Jr. | 18-12256 JDW |

Exhibit A | LEVINGSTON